LOKEN, Circuit Judge,
concurring in part, dissenting in part, and concurring in the judgment.
Like the district court, I would follow the Seventh Circuit’s decision in United, States v. Wimberly, 60 F.3d 281, 285 & n. 2 (7th Cir.1995), and the dissenting opinion in United States v. Hayes, 227 F.3d 578, 587 (6th Cir.2000) (Boggs, J., dissenting), and hold that Ghane waived his privilege to object to the testimony of Dr. Houghton. For this reason, I would not reach the question whether there may be situations when footnote 19 of the Supreme Court’s opinion in Jaffee mandates, or at least strongly supports, adoption of a “dangerous patient” exception to the psychotherapist-patient privilege in criminal proceedings. Accordingly, I respectfully dissent from Part II.B.3 of the court’s opinion. In all other respects, I join the opinion and concur in the decision to affirm.